**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Taylor Joseph Hauser ) | Case # 23-40963-can-13 |
| Ashley Dawn Hauser ) | |
| debtor(s). ) | |
| ) | |

**DEBTOR'S RESPONSE TO MOTION TO DENY CONFIRMATION OF PLAN**

Comes now the debtor, by and through the undersigned attorney, and states as follows:

1. Admit that the debtors testified at the 341 meeting that they were loaned $15,000 that they are working off with labor instead of cash payments.

2. Admit also that the schedules and statement of financial affairs do not list the claim owed or the payments.

3. The debtors assert that the statement of financial affairs does not ask for reduction of loan balances through labor and that no amendments to the statement of financial affairs are required.

4. The debtors will amend the schedules to list the claim.

5. The debtor's chapter 13 plan was proposed in good faith and is confirmable, as filed.

WHEREFORE**,** the debtor requests that this Honorable Court deny the Motion to Deny Confirmation of Plan, or in the alternative that this matter be set for hearing.

Respectfully submitted,

/s/  Joseph C. Jeppson, VI
Jeppson Law Office, LLC
5716 N Broadway St
Gladstone, MO 64118
Phone:  816-472-1655
Fax:      816-472-1661
info@jeppsonlawoffice.com
*Attorney for the debtor*